No. 03–9748. WEBBER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9752. WYATT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9753. TORRES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9754. SANCHEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–9756. FLOYD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9761. GONZALEZ-GARCIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9765. CHAMBERS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 03–9767. DONALD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9768. CONCEPCION-LIRIANO, AKA GONZALEZ, AKA CONCEPCION *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–9770. ROSALES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9772. GLOVER *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 03–9773. GRAHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9775. TALLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9776. ZARATE-RAMIREZ, AKA ZARATE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9778. BAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.